IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL W. JACKSON, | |
| Petitioner, | 8:20CV458 |
| vs. | |
| SCOTT FRAKES, | ORDER |
| Respondent. | |

IT IS ORDERED that Petitioner's Motion for Appointment of Counsel (Filing 4) is denied without prejudice to reassertion.

Dated this 17th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge